# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DONALD DYSLAND and**
**SUSAN DYSLAND,**
      **Plaintiffs,**

   v.                            Case No. 13-CV-00182

**WAUKESHA COUNTY DEPARTMENT**
**OF PARKS AND LAND USE, et al.,**
      **Defendants.**

---

## ORDER

**IT IS ORDERED** that the May 15, 2014 deadline for the filing of dispositive motions is **STAYED** until this court issues a ruling on defendants' motion to dismiss. If the motion to dismiss is denied, the court will set a new deadline for dispositive motions.

Dated at Milwaukee, Wisconsin, this 7th day of May, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge